**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02473-WJM-MJW

JAMES ROBERT FRISK,

     Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

     Defendant.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

     This matter comes before the Court on the parties' Stipulated Motion to Dismiss filed December 16, 2011 (ECF No. 15).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

     The parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs in this action.

     Dated this 16th day of December, 2011.

BY THE COURT:

William J. Martínez
United States District Judge